Faye Crapnell, appellant, v. Goff Crapnell, appellee.    Gen. Nos. 7,190 and 7,191.

Motion to set aside divorce decree. Motion denied. Appeal from the Circuit Court of Mercer county; the Hon. William T. Church, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded with directions. Opinion filed September 7, 1923.

Montgomery, Hart & Smith and D. A. Hebel, for appellant; Irving Herriott, of counsel. Watson, Duvall & Kadyk and Church & Allen, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

L. C. Miller, trustee in bankruptcy for the estate of Frank R. Bertolasi, bankrupt, appellant, v. Standard Foundry & Manufacturing Company and The Commercial National Bank of Rockford, appellees. Gen. No. 7,201.

Suit by creditors of a bankrupt to obtain possession of goods returned to manufacturers by bankrupt. Decree for defendants. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed September 7, 1923.

Garrett, Maynard & Hull and A. Philip Smith, for appellant. Fisher, North, Welsh & Linscott, for appellees.

Mr. Justice Jett delivered the opinion of the court.

---

J. J. Rubenstein, appellant, v. William R. Cone, appellee.    Gen. No. 7,205.

Suit for contract price of stock. Judgment for defendant. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1923. Reversed and judgment here. Opinion filed September 7, 1923.

Clarence W. Heyl and Harry C. Heyl, for appellant. Dailey, Miller, McCormick & Radley, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Joe Stanilov, for use of Warren Lewis, mortgagee, appellee, v. Lincoln Mutual Casualty Company, appellant.    Gen. No. 7,216.

Suit on automobile insurance policy. Judgment against the company. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed September 7, 1923.

Scholes. & Pratt, for appellant; Henry Kneller, of counsel. McRoberts & Morgan, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

L. C. Clyne, trustee, and John J. Perkins, bankrupt, defendant in error, v. Perry J. Eychaner and Ethel B. Eychaner, plaintiffs in error. Gen. No. 7,221.

Bill by trustee in bankruptcy to set aside forfeiture under contract of sale of real estate, and to recover part payment made. Finding for full amount claimed. Error to the Circuit Court of Kane county; the Hon. Adam C. Cliffe, Judge, presiding. Heard